Form ntcdsm1

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURTS
Eastern District of Michigan

Case No.:  **18−51900−mlo**
Chapter:  13

In Re: (NAME OF DEBTOR(S))
   Annette Chatman
   21670 Rose Hollow Dr.
   Southfield, MI 48075

Social Security No.:
   xxx−xx−8322

Employer's Tax I.D. No.:

# NOTICE OF DISMISSAL

NOTICE IS HEREBY GIVEN that an **Order of Dismissal Upon Affidavit of the Trustee** was entered on **6/23/22**
. Accordingly, the automatic stay is lifted in the above entitled case.

Dated: 6/23/22

BY THE COURT

Todd M. Stickle , Clerk of Court
UNITED STATES BANKRUPTCY COURT